UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larissa Luther,

Plaintiff,

v.

Civ. No. 01-1593 (JEL/JGL)
ORDER

Independent School District No. 624
and Stephen William Hurt,

Defendants.

---

Ian S. Laurie, Esq., Laurie & Laurie, P.A., appeared for Plaintiff Larissa Luther.

Lawrence J. Hayes, Jr., Esq., Knutson, Flynn & Deans, appeared for Defendant Independent School District No. 624.

---

This case arises from alleged acts of sexual abuse committed by Stephen Hurt, a former physical education teacher and hockey coach at White Bear Lake High School, against Larissa Luther, a former student at White Bear Lake High School. Luther brought suit against Hurt and Hurt's former employer, Independent School District No. 624 (School District), in Minnesota state court for sexual harassment, assault and battery, negligence, negligent hiring, negligent supervision, negligent retention, and violations of 42 U.S.C. § 1983 (2000). Defendants removed the action to this Court on the basis of Luther's federal civil rights claims. The matter now comes before the Court on the School District's Motion for Summary Judgment.

At the hearing on the School District's motion, Luther stated that she was abandoning her federal civil rights claims against Hurt and the School District, and consented to the dismissal of those claims. All of her remaining claims are based on state law. The sole basis for the Court's jurisdiction over Luther's state law claims is 28 U.S.C. § 1367(a) (2000), which permits a district

OCT 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

court to exercise supplemental jurisdiction over claims that are part of the same case or controversy as claims that fall within its original jurisdiction. A district court may, in its discretion, decline to exercise supplemental jurisdiction when "all claims over which it has original jurisdiction" have been dismissed. *Id.* § 1367(c)(3); *see Franklin v. Zain*, 152 F.3d 783, 786 (8th Cir. 1998); *Save Our Health Org. v. Recomp of Minn., Inc.*, 829 F. Supp. 288, 293 (D. Minn. 1993), *aff'd*, 37 F.3d 1334 (8th Cir. 1994). Because Luther consented to the dismissal of the only claims over which the Court has original jurisdiction, it would be more appropriate for this case to proceed in state court. The Court therefore declines to exercise its supplemental jurisdiction over Luther's state law claims.

Based on these considerations, IT IS ORDERED THAT:

1. Plaintiff Luther's claims against Defendants Hurt and the School District under 42 U.S.C. § 1983 (Count VI) are DISMISSED WITH PREJUDICE.

2. The case is REMANDED to the Minnesota District Court for the Second Judicial District.

Dated: October 9, 2002

JOAN ERICKSEN LANCASTER
United States District Judge